IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02941-KLM

DONALD RUBENSTEIN,

    Plaintiff,

v.

JACOBSON TRANSPORTATION COMPANY, INC., a foreign corporation,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Protective Order** [#21][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#21] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#21-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: January 9, 2015

---

[1] "[#21]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.